**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO.: 2:16-CR-46-PPS-PRC |
| | ) | |
| JOHNNY CLAY AMOS, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON PLEA OF GUILTY BY DEFENDANT JOHNNY CLAY AMOS**

TO:   THE HONORABLE PHILIP P. SIMON,
       UNITED STATES DISTRICT COURT

Upon Defendant Johnny Clay Amos' request to enter a plea of guilty pursuant to Rule 11 of the

Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R.

Cherry, on October 20, 2016, with the consent of Defendant Johnny Clay Amos, counsel for Defendant

Johnny Clay Amos, and counsel for the United States of America.

The hearing on Defendant Johnny Clay Amos' plea of guilty was in full compliance with Rule

11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Johnny Clay Amos under

oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney

and of counsel for Defendant Johnny Clay Amos,

I FIND as follows:

(1) that Defendant Johnny Clay Amos understands the nature of the charge against him to which

the plea is offered;

(2) that Defendant Johnny Clay Amos understands his right to trial by jury, to persist in his plea

of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and

his right against compelled self-incrimination;

(3) that Defendant Johnny Clay Amos understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Johnny Clay Amos understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Johnny Clay Amos has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Johnny Clay Amos is competent to plead guilty;

(6) that Defendant Johnny Clay Amos understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Johnny Clay Amos' plea; and further,

I RECOMMEND that the Court accept Johnny Clay Amos' plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Johnny Clay Amos be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Johnny Clay Amos be adjudged guilty, a sentencing date before Judge Philip P. Simon will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1).

So ORDERED this 20th day of October, 2016.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT