UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:16-CR-46-PPS-PRC-1 |
| | ) | |
| JOHNNY CLAY AMOS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before me on the Findings and Recommendation of Magistrate Judge Paul R. Cherry relating to defendant Johnny Clay Amos' request to enter a plea of guilty to Count 1 of the Indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 23.] Following a hearing on the record on October 20, 2016, Judge Cherry found that Amos understands the nature of the charge, his rights, and the maximum penalties; that Amos is competent to plead guilty; that there is a factual basis for Amos' guilty plea; and that Amos knowingly and voluntarily entered into his agreement to enter a plea of guilty. [*Id.*] Judge Cherry recommends that I accept Amos' plea of guilty and proceed to sentencing. [*Id.*] Neither party has filed an objection to Judge Cherry's Findings and Recommendation.

Accordingly and having reviewed the Findings and Recommendation of the Magistrate Judge Upon Plea of Guilty by Defendant Johnny Clay Amos [DE 23], to which no objection has been filed, the Court hereby **ADOPTS** the Findings and Recommendation [DE 23] in their entirety. Defendant Johnny Clay Amos is **ADJUDGED GUILTY** of Count 1 of the Indictment, and the sentencing hearing is **SET**

for **February 17, 2017 at 1:30 p.m.** Hammond/Central Time.

**SO ORDERED.**

ENTERED: November 8, 2016

s/ Philip P. Simon
CHIEF JUDGE
UNITED STATES DISTRICT COURT